JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br>v.<br><br>LISBETH CHRISTINA HOYT, in her individual and representative capacity as trustee of the Ernest Willard Hoyt and Lisbeth Christina Hoyt Declaration of Trust Dated June 28, 1978;<br>CLUB 1 ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: CV 16-546-GW(JEMx)<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 1, 2016    _/s/ George H. Wu_
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal    Case: 2:16-CV-00546-GW-JEM